UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Leticia M. Kirk                              Docket No. 5:12-MJ-1022-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leticia M. Kirk, who, upon an earlier plea of guilty to 21 U.S.C. §844, Simple Possession of Marijuana, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on April 10, 2012, to a 12 month term of probation under 18 U.S.C. §3607.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In interviewing this defendant, it appears that the defendant could benefit from mental health counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the order of probation shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                      /s/ Mindy L. Threlkeld
Robert L. Thornton                          Mindy L. Threlkeld
Supervising U.S. Probation Officer        U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 17, 2012

**ORDER OF COURT**

Considered and ordered this  17th  day of      April      , 2012, and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge